**Electronically Filed
Supreme Court
15404
29-APR-2021
08:19 AM
Dkt. 48 ORD**

NO. 15404

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

vs.

KATHY J. GUMPEL, Respondent.

ORIGINAL PROCEEDING
(ODC 89-174-2698, 89-225-2749, 90-054-2872)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the April 22, 2021 motion, filed by Bradley Tamm as Trustee Administrator at the Office of Disciplinary Counsel (ODC), pursuant to both Rule 2.20 of the Rules of the Supreme Court of the State of Hawai'i (RSCH) (1991) and RSCH Rule 2.20 (2021), to cull the unclaimed client files remaining from the practice of incapacitated attorney Kathy J. Gumpel for all legally operative original documents or other documents of value, and to thereafter destroy the remainder of the files, and upon a review of the record in this matter, which is more than 30 years old, we conclude the motion is justified. Therefore,

IT IS HEREBY ORDERED that the motion is granted. Trustee Administrator Tamm shall cull any files in ODC's possession related to attorney Gumpel's former practice and shall scan and upload into the electronic record of this case those documents identified as legally operative, original documents or other documents of value, or seek further instructions from this court should such electronic preservation prove impractical. Tamm thereafter may, at his discretion, proceed with the secure destruction of the remaining client documents in this trusteeship.

DATED: Honolulu, Hawaiʻi, April 29, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins